IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>                             Plaintiff,<br><br>v.<br><br>U.S. NATIONAL ARCHIVES<br>& RECORDS ADMINISTRATION,<br><br>                             Defendant. | Case No. 22-cv-1529-RC |

**JOINT STATUS REPORT**

      Plaintiff American Oversight and Defendant U.S. National Archives & Records Administration ("NARA"), by and through undersigned counsel, respectfully report to the Court as follows.

      This case concerns three requests under the Freedom of Information Act, 5 U.S.C. § 552, broadly seeking records relating to documents that NARA has retrieved from former President Donald Trump. The first request seeks email communications between (a) a list of NARA officials and (b) Former President Donald Trump or anyone representing or employed by Donald Trump, the Trump Organization, or the Trump campaign; the second request seeks email communications sent by a list of NARA officials containing certain key terms; and the third request seeks any existing inventory or list of records retrieved from Mar-a-Lago in January 2022, as well as records reflecting costs and expenses incurred in such retrieval.

      The parties are currently engaged in discussions regarding potentially narrowing the scopes of the first two requests. Accordingly, the parties respectfully request that they be permitted to file

another joint status report on August 31, 2022, updating the Court on the status of the case and proposing a schedule for future proceedings.

    A proposed order is attached for the Court's convenience.

| | |
|---|---|
| Dated: July 25, 2022 | Respectfully submitted, |
| | /s/ *Taylor Stoneman*<br>Taylor Stoneman<br>D.C. Bar No. 888155721<br>AMERICAN OVERSIGHT<br>1030 15th Street NW, B255<br>Washington, DC 20005<br>(202) 848-1319<br>taylor.stoneman@americanoversight.org |
| | *Counsel for Plaintiff* |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| | MARCIA BERMAN<br>Assistant Branch Director |
| | /s/ *Kevin Wynosky*<br>KEVIN WYNOSKY (PA Bar # 326087)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street N.W., Rm. 12400<br>Washington, DC 20005<br>(202) 616-8267<br>Kevin.J.Wynosky@usdoj.gov |
| | *Counsel for Defendant* |