IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>         Plaintiff,<br><br>v.<br><br>U.S. NATIONAL ARCHIVES<br>& RECORDS ADMINISTRATION,<br><br>         Defendant. | Case No. 22-cv-1529-RC |

## JOINT STATUS REPORT

In this Freedom of Information Act (FOIA) case, American Oversight seeks records from the National Archives and Records Administration (NARA), many of which relate to NARA's efforts to retrieve Presidential records from former President Donald Trump. *See* ECF No. 7. American Oversight's FOIA requests are among many that NARA has received related to the early 2022 retrieval of 15 boxes of records from former President Trump. To respond most efficiently to these overlapping requests, NARA has identified and begun processing commonly requested categories of records. When NARA completes processing a category, it simultaneously issues an interim response to all requesters and posts any non-exempt or discretionary releases to a landing page within NARA's online reading room available at https://www.archives.gov/foia/15boxes.

NARA has made interim responses on October 3, 2022; November 9, 2022; and December 20, 2022. These three interim responses collectively processed over 5000 pages and—without conceding that the materials are nonexempt—posted 713 pages, in whole or in part, to the online reading room with some information redacted under exemptions (b)(5), (b)(6), and (b)(7). (The remainder of the records were withheld in full under exemptions (b)(5), (b)(6), and (b)(7).)

NARA plans to make an additional interim response in January 2023 and another in February 2023. These responses are anticipated to collectively process roughly 3000 pages of records. After those responses, NARA will commence processing other records that are responsive to American Oversight's requests but that do not relate to NARA's early 2022 efforts to retrieve 15 boxes of Presidential records from former President Trump.

Accordingly, the parties respectfully request that they be permitted to file another joint status report on Tuesday, March 21, 2023 updating the Court on the status of this case. A proposed order is attached for the Court's convenience.

| | |
|---|---|
| Dated:  January 20, 2023 | Respectfully submitted, |

/s/ *Taylor Stoneman*
Taylor Stoneman
D.C. Bar No. 888155721
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 848-1319
taylor.stoneman@americanoversight.org

*Counsel for Plaintiff*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *Kevin Wynosky*
KEVIN WYNOSKY (PA Bar # 326087)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W., Rm. 12400
Washington, DC 20005
(202) 616-8267
Kevin.J.Wynosky@usdoj.gov

*Counsel for Defendant*