**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

AMERICAN OVERSIGHT,

                Plaintiff,

   v.

U.S. NATIONAL ARCHIVES
& RECORDS ADMINISTRATION,

                Defendant.

Case No. 22-cv-1529-RC

---

**<u>JOINT STATUS REPORT</u>**

In this Freedom of Information Act (FOIA) case, American Oversight seeks records from the National Archives and Records Administration (NARA), many of which relate to NARA's efforts to retrieve Presidential records from former President Donald Trump. *See* ECF No. 7. American Oversight's three FOIA requests are among many that NARA has received related to the early 2022 retrieval of 15 boxes of records from former President Trump. To respond most efficiently to these overlapping requests, NARA identified and processed commonly requested categories of records. When NARA completed processing a category, it simultaneously issued a common interim response to all requesters and posted any non-exempt or discretionary releases to a landing page within NARA's online reading room available at https://www.archives.gov/foia/15boxes.

NARA made common interim responses on October 3, 2022, November 9, 2022, December 20, 2022, January 31, 2023, February 28, 2023, and March 31, 2023. Those six interim responses collectively processed over 9000 pages and, without conceding that the materials were nonexempt, posted 1341 pages, in whole or in part, to the online reading room with some

information redacted under exemptions (b)(3), (b)(5), (b)(6), and (b)(7). The remainder of the records were withheld in full under exemptions (b)(1), (b)(5), (b)(6), and (b)(7).[1]

NARA asserts that the first four common interim responses constitute a complete response to one of American Oversight's FOIA requests (No. 22-330), and a partial response to the other two requests (Nos. 22-328 & 22-329), which also seek records not relating to NARA's early 2022 efforts to retrieve 15 boxes of Presidential records from former President Trump. NARA has identified 3380 additional pages responsive to Request No. 22-328 and 4390 additional pages responsive to Request No. 22-329. NARA has begun processing these records at a monthly rate of 250 pages, and issued an interim response to American Oversight on March 31, 2023. NARA intends to issue another interim response to that request later this month.

American Oversight continues to assess the withholdings associated with the first four common interim responses. American Oversight is also reviewing those responses for completion as to FOIA request No. 22-330 and will confer with NARA should any issues arise regarding completion or withholdings.

Accordingly, the parties respectfully request that they be permitted to file another joint status report on June 30, 2023, updating the Court on the status of this case.

---

[1] The February and March responses contained records dating after April 1, 2022, and therefore were not responsive to American Oversight's requests, which reflect an earlier time frame.

Dated:  April 20, 2023

Respectfully submitted,


/s/ Taylor Stoneman
Taylor Stoneman
D.C. Bar No. 888155721
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 848-1319
taylor.stoneman@americanoversight.org

*Counsel for Plaintiff*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Kevin Wynosky
KEVIN WYNOSKY (PA Bar # 326087)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W., Rm. 12400
Washington, DC 20005
(202) 616-8267
Kevin.J.Wynosky@usdoj.gov

*Counsel for Defendant*